**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REINALDO MORENO-RODRIGUEZ,**<br><br>***Petitioner*,**<br>**v.**<br><br>**WARDEN,** *in his or her official capacity* as Warden of the ERO El Paso Camp East Montana Detention Center;<br>**MARY DE ANDA-YBARRA,** *in her official capacity* as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;<br>**DAVID J. VENTURELLA,** *in his official capacity* as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement;<br>**MARKWAYNE MULLIN,** *in his official capacity* as Secretary, U.S. Department of Homeland Security; and<br>**TODD BLANCHE,** *in his official capacity* as Attorney General of the United States,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00084-DCG** |

**ORDER REQUIRING RESPONDENTS TO PROVIDE STATUS UPDATE**

Petitioner Reinaldo Moreno-Rodriguez challenges Respondents' authority to continue detaining him while they facilitate his removal from the United States.[1] As of Respondents' last filing on May 5, 2026, the Government planned to remove Petitioner to Mexico under the

[1] *See generally* Am. Pet., ECF No. 12.

"CHNV" removal program.[2] As of the date of this Order, it appears that the Government still hasn't removed Petitioner[3]—perhaps because Petitioner hasn't agreed to go to Mexico.[4]

Petitioner has now been detained for well over a year,[5] and the Court needs an update from the Government to determine whether Petitioner's continued detention is lawful. The Court therefore **ORDERS** Respondents to **FILE** a **BRIEF** **by Thursday, August 27, 2026** indicating:

(1) the country to which Respondents currently plan to remove Petitioner;

(2) whether that country has agreed to accept Petitioner;

(3) whether Petitioner's removal to that country depends on him accepting removal to that country; and

(4) the timeframe in which Respondents expect to effect Petitioner's removal.

If Respondents still plan to remove Petitioner under the CHNV program, that brief must also **ADDRESS** whether Petitioner's removal is foreseeable under the Court's analysis in its order granting habeas relief in *Pablo Pablo v. Venturella*.[6]

---

[2] *See generally* Resp'ts' Suppl. Br., ECF No. 23.

[3] *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Aug. 20, 2026) (indicating that the Government is currently detaining Petitioner at the El Paso Processing Center).

[4] *See* Pet'r's Suppl. Br., ECF No. 20, at 3–4 (suggesting that Petitioner hasn't agreed to removal to Mexico because the Mexican government hasn't "issue[d] travel documents to him"); *see also Pablo Pablo v. Venturella*, No. EP-25-CV-00566-DCG, 2026 WL 2294407, at *7 (W.D. Tex. Aug. 7, 2026) (Guaderrama, J.) (observing that, under the CHNV removal program, "Mexico will not accept someone who does not agree to go").

[5] *See* Am. Pet. at 4; Resp., ECF No. 14, at 3.

[6] *See* 2026 WL 2294407, at *7–8 (concluding that an alien's removal to Mexico under the CHNV program wasn't reasonably foreseeable where the alien did not accept removal to Mexico).

The Court **DIRECTS** the Clerk of Court to:

(1) **SUBSTITUTE** Senior Official Performing the Duties of the Director of ICE **David J. Venturella** in place of former Acting Director Todd M. Lyons as a named Respondent in this case;[7] and

(2) **REMOVE** the word "Acting" from U.S. Attorney General **Todd Blanche's** title on CM/ECF.[8]

**So ORDERED and SIGNED this 20th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[7] *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

[8] The Senate confirmed Respondent Todd Blanche to serve as Attorney General of the United States on August 8, 2026. *See* Riley Rogerson et al., *Senate confirms Blanche as attorney general*, Politico (Aug. 8, 2026, at 4:33 ET), https://www.politico.com/live-updates/2026/08/07/congress/todd-blanche-senate-confirmation-01029751 (last visited Aug. 18, 2026).