**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REINALDO MORENO-RODRIGUEZ,**<br><br>***Petitioner*,**<br>**v.**<br><br>**WARDEN,** *in his or her official capacity* as Warden of the ERO El Paso Camp East Montana Detention Center;<br>**MARY DE ANDA-YBARRA,** *in her official capacity* as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;<br>**DAVID J. VENTURELLA,** *in his official capacity* as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement;<br>**MARKWAYNE MULLIN,** *in his official capacity* as Secretary, U.S. Department of Homeland Security; and<br>**TODD BLANCHE,** *in his official capacity* as Attorney General of the United States,<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § | **EP-26-CV-00084-DCG** |

**ORDER EXTENDING TIME TO FILE RESPONSE**

On August 20, 2026, the Court ordered Respondents to file a Status Update by August 27, 2026.[1] On August 27, Respondents filed an unopposed Motion to extend their filing deadline to August 31, 2026.[2]

---

[1] Order Requiring Status Update, ECF No. 24.

[2] Resp. to Order Requiring Status Update, ECF No. 25.

The Court therefore **ORDERS** that Respondents must file their Response to the Court's Order Requiring Status Update on or before **August 31, 2026**.

**So ORDERED and SIGNED this 28th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**